UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRANDON CHARLESTON,<br><br>Petitioner,<br><br>v.<br><br>ROBERT D. GILMORE, *Superintendent at SCI-Greene*;<br>THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA;<br>THE DISTRICT ATTORNEY OF PHILADELPHIA COUNTY,<br><br>Respondents. | No. 2:15-cv-01437 |

## **O R D E R**

**AND NOW**, this 29th day of March, 2018, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation, ECF No. 21, is **ADOPTED in part**, and Charleston's objections, ECF No. 24, to the Report and Recommendation are **OVERRULED in part** as follows:

    a. The Court adopts the Magistrate Judge's recommendations with respect to Charleston's first, second, and fourth claims in their entirety;

    b. With respect to Charleston's third and fifth claims, the Court does not adopt the recommendation that these claims be deemed waived; rather, the Court finds that these claims do not merit relief;

    c. Accordingly, the Court adopts the Magistrate Judge's conclusion that Charleston is not entitled to relief on any of his claims and adopts the recommendation that his Petition be denied;

    d. The Court also adopts the conclusion that there has been no substantial showing of the denial of a constitutional right requiring the issuance of a certificate of appealability.

2. The petition for writ of habeas corpus is **DENIED**;
3. This case is **CLOSED**; and
4. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge